**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-03111-AP

VINCENTE GARCIA,

                Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:

Katherine E. McClure, Reg. #34022
Sawaya, Rose, Kaplan, & McClure, P.C.
1600 Ogden Street
Denver, CO 80218
Kmcclure@sawayalaw.com

For Defendant:

JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado
william.pharo@usdoj.gov

NADIA N. SULLIVAN
Special Assistant U. S. Attorney
nadia.sullivan@ssa.gov
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone: (303) 844-1949

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

   A.   **Date Complaint Was Filed:** December 22, 2010.
   B.   **Date Complaint Was Served on U.S. Attorney's Office:** December 27, 2010.
   C.   **Date Answer and Administrative Record Were Filed:** February 25, 2011.

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** To the best of his knowledge, the record is complete.
**Defendant states:** To the best of his knowledge, the record is complete.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**    None anticipated.
**Defendant states:**   None anticipated.

**6.   STATEMENT REGARDING UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.   OTHER MATTERS**

None.

**8.   BRIEFING SCHEDULE**

   A.   **Plaintiffs Opening Brief Due:** April 26, 2011
   B.   **Defendant's Response Brief Due:** May 26, 2011
   C.   **Plaintiffs Reply Brief (If Any) Due:** June 10, 2011

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

   A.   **Plaintiffs Statement:** Plaintiff does not request oral argument.
   B.   **Defendant's Statement:** Defendant does not request oral argument

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate

Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 16th day of March, 2011.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Katherine E. McClure<br>Katherine E. McClure, Reg. #34022<br>Sawaya, Rose, Kaplan, & McClure, P.C.<br>1600 Ogden Street<br>Denver, CO 80218<br>Kmcclure@sawayalaw.com<br><br>Attorneys for Plaintiff. | DAVID F. WALSH<br>United States Attorney<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>william.pharo@usdoj.gov<br><br>By: s/Nadia N. Sullivan<br>    NADIA N. SULLIVAN<br>    Special Assistant U. S. Attorney<br>    Office of the General Counsel<br>    Social Security Administration<br>    1001 Seventeenth Street<br>    Denver, CO 80202<br>    Telephone: (303) 844-1949<br>    Nadia.sullivan@ssa.gov<br><br>    Attorneys for Defendant. |